UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN BRYCE

       Plaintiff,                      Case No. 12-14618

v.                                  District Judge Mark A. Goldsmith
                                        Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER**

Defendant's Motion for an Extension of Time to File Motion for Summary Judgment and Response [Doc. #20] is GRANTED, and the time is extended to January 27, 2014. Plaintiff may file a reply brief no later than February 3, 2014.

IT IS SO ORDERED.

                                             s/ R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Date: December 31, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on December 31, 2013, electronically and/or by U.S. Mail.

                                             s/Michael Williams
                                             Case Manager to the
                                             Honorable R. Steven Whalen